## LAMB et v SEBACH

Ohio Appeals, 5th Dist, Knox Co

Decided March 4, 1935

Arnold, Wright, Purpus & Harlor, Columbus, Carl F. Morris, Columbus, and Columbus Ewalt, Mt. Vernon, for plaintiffs in error.

Harrison & Marshman, Cleveland, for defendant in error.

For full opinion see 6 OO 385; 52 Oh Ap 362.